AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID J. OBREITER, PLAINTIFF

Case No. 1:23-cv-00980
Hon. Robert J. Jonker

v.

CHARTER TOWNSHIP OF KALAMAZOO;
CHARTER TOWNSHIP OF KALAMAZOO BOARD OF TRUSTEES;
board members (in their official capacities);
DEXTER A. MITCHELL, Township Manager

TO: CHARTER TOWNSHIP OF KALAMAZOO
ADDRESS: 1720 Riverview Drive, Kalamazoo, MI 49004

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kotwicki
48000 Van Dyke
Shelby Township
MI, 48317

CLERK OF COURT



The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                    September 15, 2023
                                         Date

## PROOF OF SERVICE

This summons for ___CHARTER TOWNSHIP OF KALAMAZOO___ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                              _____
                                                        Server's signature

                                                  _____
Additional information regarding attempted service, etc.:   Server's printed name and title

                                                  _____
                                                        Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID J. OBREITER, PLAINTIFF

v.

CHARTER TOWNSHIP OF KALAMAZOO;
CHARTER TOWNSHIP OF KALAMAZOO BOARD OF TRUSTEES;
board members (in their official capacities);
DEXTER A. MITCHELL, Township Manager

Case No. 1:23-cv-00980
Hon.    Robert J. Jonker

TO: CHARTER TOWNSHIP OF KALAMAZOO BOARD OF
ADDRESS: 1720 Riverview Drive, Kalamazoo, MI 49004

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kotwicki
48000 Van Dyke
Shelby Township
MI, 48317

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk

September 15, 2023
Date

## PROOF OF SERVICE

This summons for __CHARTER TOWNSHIP OF KALAMAZOO BOARD OF T__ was received by me on _____.
(name of individual and title, if any)                                                                                             (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                              (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                 (date)

☐ I served the summons on _____, who is designated by law to accept service
                                              (name of individual)
of process on behalf of _____ on _____.
                                              (name of organization)                           (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                                                                Server's signature

Additional information regarding attempted service, etc.:
                                                                                                Server's printed name and title

                                                                                                Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DAVID J. OBREITER, PLAINTIFF

v.

CHARTER TOWNSHIP OF KALAMAZOO;
CHARTER TOWNSHIP OF KALAMAZOO BOARD OF TRUSTEES;
board members (in their official capacities);
DEXTER A. MITCHELL, Township Manager

Case No. 1:23-cv-00980
Hon.   Robert J. Jonker

TO: DEXTER A. MITCHELL
ADDRESS: 1720 Riverview Drive, Kalamazoo, MI 49004

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David A. Kotwicki
48000 Van Dyke
Shelby Township
MI, 48317

CLERK OF COURT



By: Deputy Clerk      September 15, 2023
                      Date

---

## PROOF OF SERVICE

This summons for _____DEXTER A. MITCHELL_____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

                                                    Server's signature

                                                    Server's printed name and title

Additional information regarding attempted service, etc.:

                                                    Server's address