UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. OBREITER,

    Plaintiff,

v.                                           Case No. 1:23-cv-980

                                                   Hon. Robert J. Jonker

CHARTER TOWNSHIP OF KALAMAZOO,
et al.,

    Defendants.

_____/

## JUDGMENT

    In accordance with the Order entered this day, Judgment is entered in favor of Defendants and against Plaintiff, dismissing Plaintiff's claims with prejudice.  This matter is now closed.

Dated:  April 2, 2025                     /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE